UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JERMEL OLIVER           Magistrate No.: 14-6692

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum        ( ) Ad Testificandum

1. Jermel Oliver (hereinafter the "Detainee", is now confined at the Essex County Jail.

2. The Detainee is

   charged in this District by:  ( ) Indictment    ( ) Information    (X) Complaint
   with a violation of 18 USC 2119 and 924(c).

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at U.S. District Court in Newark, New Jersey, U.S. Post Office & Courthouse, Courtroom 03, before the Hon. Kevin McNulty, U.S. District Judge, on Wednesday, December 10, 2014, at 10:00 a.m., for a Plea Hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: December 5, 2014

                                        _____
                                        BARRY KAMAR
                                        Assistant U.S. Attorney
                                        Petitioner

## ORDER

Let the Writ Issue.

DATED: 12/5/14

*/s/ Kevin McNulty*
Hon. Kevin McNulty, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail:

WE COMMAND YOU that you have the body of

Jermel Oliver

now confined at the Essex County Jail, brought before the Hon. Kevin McNulty, U.S. District Judge, Courtroom 03, in the U.S. Post Office & Courthouse, at Newark, New Jersey, on Wednesday, December 10, 2014 at 10:00 a.m., so that the Detainee may appear for a Please Hearing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

*/s/ Kevin McNulty*
WITNESS the Honorable Kevin McNulty
United States District Judge
Newark, New Jersey.

DATED: 12/5/14

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk